IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JAMES MERRILL, JR., | ) | |
| | ) | |
|    Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:15cv619-MHT |
| | ) | (WO) |
| MARY COOKS, Warden of | ) | |
| Atmore Community Work | ) | |
| Center, et al., | ) | |
| | ) | |
|    Respondents. | ) | |

## OPINION

Pursuant to 28 U.S.C. § 2254, petitioner, a now-former state prisoner, filed this lawsuit seeking habeas relief. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that petitioner's writ petition be denied. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2017.

                                    /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**